UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 08 2017 ★
LONG ISLAND OFFICE

SUSAN EGER,
ON BEHALF OF HERSELF AND
ALL OTHERS SIMILIARLY SITUATED,

        Plaintiff,

v

GOLD KEY CREDIT, INC.,

        Defendant.

Civil Action, File No.
2:17-cv-04252-JFB-GRB

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against all Defendants.

/s/ Mitchell L. Pashkin, Esq.
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 335-1107

The clerk of the court shall close the case.

Sessions, Fishman, Nathan & Israel
By: /s/Aaron R. Easley, Esq.
Attorneys For Defendant
3 Cross Creek Drive
Flemington, NJ 08822-4938
908.237.1660

SO ORDERED

Joseph F. Bianco
USDJ
Date: Nov. 8  20 17
Central Islip, N.Y.